# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* INTEGRA MED ANALYTICS, LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> CREATIVE SOLUTIONS IN HEALTHCARE, INC., <br><br> *Defendant*. | Civil Action No. SA-17-CV-1249-XR |

**ORDER STAYING THE CASE AND EXTENDING OUTSTANDING DEADLINES**

Upon consideration of the issues raised at the July 8, 2020 status conference by Integra Med Analytics, LLC ("Relator") and Creative Solutions in Healthcare, Inc. ("Defendant"), and good cause having been shown,

**IT IS HEREBY ORDERED** that:

1. The case shall remain stayed until January 18, 2021, although counsel will work in good faith to resolve outstanding issues in the case where possible;

2. On or before January 11, 2021, the parties will confer and advise the Court in writing whether a further extension of the stay is warranted.

3. If the parties agree that no further extension of the stay is warranted, the parties will meet and confer regarding outstanding discovery disputes.

4. If the parties fail to reach an agreement on the outstanding discovery disputes, Relator will file a motion to compel on February 1, 2021.

5. Relator's deadline to file a motion to amend its pleadings or add parties is the later of April 15, 2021, or 60 days from the Court's ruling on Relator's motion to compel.

6. If no motion to amend or add parties is filed, or if the Court denies such motion:

    a. Fact discovery shall close the later of September 11, 2021, or 210 days from the Court's ruling on Relator's motion to compel.

    b. All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before 60 days after the close of fact discovery.

    c. Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before 90 days after the close of fact discovery.

7. If the Court grants any motion to amend or add parties, all parties shall meet and confer regarding revised deadlines for answering or otherwise responding to the amended pleading, as well as revised discovery and trial deadlines.

**It is so ORDERED**.

**SIGNED** this 20th day of July, 2020.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE